United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 17, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-40151
Conference Calendar
_____

HARRY LEE RIDDICK,

Petitioner-Appellant,

versus

RICHARD D. MILES, Warden,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:05-CV-295
--------------------

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:*

Harry Lee Riddick, federal prisoner # 48116-060, appeals

from the dismissal of his 28 U.S.C. § 2241 petition.  Riddick

challenges his conviction of operating a continuing criminal

enterprise, conspiracy to possess with intent to distribute

cocaine, distribution of cocaine in or near a school, and

distribution of cocaine.

Riddick seeks relief pursuant to United States v. Booker,

543 U.S. 220 (2005); Blakely v. Washington, 542 U.S. 296 (2004);

and Richardson v. United States, 526 U.S. 813 (1999).  Riddick's

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>Booker</u> and <u>Blakely</u> claims do not fall under the "savings clause" of 28 U.S.C. § 2255; he thus may not pursue relief under § 2241. <u>See</u> <u>Padilla v. United States</u>, 416 F.3d 424, 427 (5th Cir. 2005). Riddick's appellate brief indicates that he knew about <u>Richardson</u> before he filed his § 2255 motion in 2001; he therefore could have raised his <u>Richardson</u> issues in that motion and may not pursue them in a § 2241 petition. <u>See</u> <u>Reyes-Requena v. United States</u>, 243 F.3d 893, 904 (5th Cir. 2001).

AFFIRMED.